AE

RECEIVED
NOV 0 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court

Northern District of Illinois

Eastern Division

Plaintiff(s): Daniela M. Sardisco

VS.

07cv6328
JUDGE ANDERSEN
MAG. JUDGE DENLOW

Defendant(s): American Family Insurance

# Complaint

I filed a complaint in the month of October in 2006. I have still not been helped! I faxed in the information more than once. And more than a four month time period had passed in between the two fax dates. I was first helped by a woman named Claudia. After

1

eight months she tells me someone else is going to take my case. No one got in contact with me; I left her seven messages on her voice mail. She never got back to me. After that I finally got in contact with a man named Byrian; he took on the case but he had none of the information. Their must be a supervisor who is negligent! Why would I have to wait so long and why was the information not properly handled?

Even if a years time isn't long to wait for a response to a claim. Honest it is a long time. Their customer service was so carelessly handled. I felt avoided and mistreated. I left numerous messages; no one has contacted me at all what so ever. I needed that money, I still need that money. I need to be compensated.

I made a claim for a 5,000.00 payment for fixing hub caps assemble that was vandalized. Two months later my car was stolen. The adjuster helped me with the theft claim but they didn't bother with the vandalism that happened before.

On October 26 2007 I called my adjuster Byrain he was not at the office so I was forced to speak with his partner Jim Johnson. Jim informed me that I had three claims open in their system none of which were under Byrain's name. Jim Johnson did not have any answers to any of my questions. He attempted to search for my other claims and they were nowhere to be found in the system, but, he did find three that weren't under his name. To be short, I don't believe I even have three other claims with your company.

I'm hurt and I'm waiting. Since there is negligence I believe you are guilty please compensate me. Thank you,

*Daniela Sanderson*

2

306 Charmille Ln. Wood Dale IL 60191 (630) 523-3037

Case 1:07-cv-06328     Document 1     Filed 11/08/2007     Page 3 of 3