07cv6328
JUDGE ANDERSEN
MAG. JUDGE DENLOW

**FILED**

J.N   NOV X 8 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Daniela Sardisco
306 Charmille Lane
Wood Dale, IL 60191-1939

STREET ADDRESS: PO Box 87

CITY/STATE/ZIP: Wood Dale IL 60191

PHONE NUMBER: (630) 523-3037

CASE NUMBER: _____

_Daniela Sardisco_   11-8-07
Signature / Date